FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 1 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NUMBER |
| | PLAINTIFF | SACR09-60-1 |
| v. | | |
| Godfrey, Carl | | **ORDER OF TEMPORARY DETENTION** |
| | DEFENDANT(S). | **PENDING HEARING PURSUANT** |
| | | **TO BAIL REFORM ACT** |

Upon motion of _____defendant_____, IT IS ORDERED that a detention hearing
is set for __Tuesday March 24, 2009__, at __10:30__ ☒a.m. / ☐p.m. before the
Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3|19|09__                    _____
                                      U.S. District Judge/Magistrate Judge